

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**KELSO ANDERSON**
Special Assistant Corporation Counsel
E-mail: kanderso@law.nyc.gov
Phone: (212) 788-0584
Fax: (212) 788-9776

February 27, 2012

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Vanessa Pierre v. City of New York, et al.
                  11-CV-4212 (FB) (JO)

Your Honor:

      I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of defendants City of New York, Police Commissioner Raymond Kelly, Sergeant Ryan Baldwin, and Officer Christian Nieto in above-referenced matter.  I am writing on behalf of the parties to inform the Court that the action has been settled.  Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all currently scheduled deadlines and appearances, including the upcoming status conference, which is currently scheduled for May 1, 2012.  The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court as soon as this office receives it fully executed from plaintiff's counsel.  Thank you for your consideration in that regard.

                                                    Respectfully submitted,
                                                    /s/
                                                    Kelso L. Anderson
                                                    *Special Assistant Corporation*
                                                     *Counsel*

Cc:  Spencer A. Leeds, Esq. (by ECF)
       Honorable Frederic Block (by ECF)